*Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, Norman D. Keller, Whitney North Seymour,* and *William H. Riley, Jr.,* for the United States.

No. 774. JAMES W. HUBBELL, ADMINISTRATOR, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE;

No. 775. GROVER C. HUBBELL *v.* SAME;

No. 776. WACHTMEISTER *v.* SAME; and

No. 777. F. C. HUBBELL *v.* SAME. April 20, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. G. Gamble* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, John Henry McEvers,* and *W. Marvin Smith* for respondent.

No. 778. DIAL *v.* UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frank Dial, pro se. Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *Louis R. Mehlinger* for the United States.

No. 782. CONRAD *v.* NEW YORK LIFE INSURANCE CO. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lovick P. Miles* for petitioner. *Messrs. Earl King, Caruthers Ewing,* and *Louis H. Cooke* for respondent.

No. 783. RUPERT, ADMINISTRATRIX, *v.* CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC R. CO. April 20, 1931.